**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TERRY JENKINS,**

**Plaintiff,** :

**v.**

**TBD,** :

**Defendant.**

**Case No. 2:26-cv-607**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

Terry Jenkins, proceeding *pro se*, initiated this case by filing a document that is docketed as a prisoner civil rights action. (ECF No. 1.) Because the document failed to name any defendants or causes of action, the Magistrate Judge issued a Deficiency Order ordering Mr. Jenkins to clarify whether he intended to initiate a case and if so, to file the necessary documents to proceed. (ECF No. 3.) After Mr. Jenkins failed to comply with that Order, the Magistrate Judge issued a Report and Recommendation recommending that his case be dismissed for want of prosecution. (R&R, ECF No. 7.) Mr. Jenkins then responded to the R&R and clarified that he did not want to file a new Complaint. (ECF No. 8.)

Accordingly, the Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Jenkins' Complaint is **DISMISSED**. The Clerk is **DIRECTED** to terminate this case on the docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**